# Exhibit 1 –

# Report of Julie Sawyer-Little



2217 Serene Lake Drive
Apex, North Carolina 27539
919-772-1486

November 23, 2016

David Lail
Yarborough, Applegate, LLC
291 East Bay Street, Second Floor
Charleston, South Carolina 29401

RE:   Rene Cardoso

I.      Introduction:

This case was referred to evaluate Mr. Rene Cardoso's vocational potential and future life care/medical needs. Conclusions and recommendations in this report have been developed based on review of the medical evidence provided, clinical intake interview, consultation with Dr. Taub, consultation with Dr. White, research, and further analysis. Mr. Cardoso was originally evaluated on May 18, 2015 and a report and life care plan was submitted on July 27, 2015. This report serves to update opinions based on a current intake interview completed on November 11, 2016 and additional information provided.

The following records and information were reviewed and considered in formulating opinions related to this case:

- Robert Sullivan, MD (Southeast Pain Care)-7/6/15
- Select Physical Therapy (Functional Capacity Assessment)-6/17/15
- William Vandergrift, MD (Medical University of South Carolina)-3/6/15
- The Rehab Center, Inc. (11/14/14)
- Genex Case Management (12/24/13)
- Physiofocus (6/18/14)
- Duke Eye Center
- Roy Majors, MD OrthoCarolina (9/4/13)
- Neal S. Taub, MD-October 2016
- Marshall White, MD

II.     Current Medical Providers

Mr. Cardoso is presently being seen by Dr. Neal Taub for pain management and Dr. Marshall White (neurologist) to address cognitive and memory issues.

Rene Cardoso
2 | P a g e

III.    Family/Social History

Mr. Cardoso is 42 years old and presently resides with his girlfriend and 2 youngest children.  The evaluation was conducted at The Law Office of Michael D'Agata in Charlotte, North Carolina.

The clinical intake interview was approximately 1.50 hours in length and a Spanish Interpreter was present to assist with any clarification to questions which were needed.  Mr. Cardoso is presently uninsured which has had a significant impact on his ability to seek medical care and purchase medications.

IV.    Functional Daily Activities/Physical Capacity:

Mr. Cardoso's chief complaints include;

- Burning type pain in both upper extremities (left greater than right);
- Numbness and burning in the lower extremities which worsens at night and interrupts his sleep;
- Radiating pain into the left lower extremity into the bottom of his foot;
- Low back pain which is "pressure and burning" in nature;
- Vertigo when transitioning from sitting to standing or bending over and rising;
- Pain in left shoulder in the area of the rotator cuff;
- Neck symptoms have improved a little with continued "pulling sensation and cramping" in the frontal aspect of neck;
- Continue to have headaches on a daily basis in the occipital region to the base of his neck;
- Edema in the bottom of his foot which increases dramatically with prolonged standing and walking;
- Changes in weather and climate continues to impact his pain level;

He notes that his most problematic condition are the chronic headaches.

In regard to his functional abilities, Mr. Cardoso is independent with showering, dressing, grooming, toileting, and basic cooking.  He typically completes grocery shopping with his girlfriend but can go the grocery to purchase a few items.  He estimates his standing tolerance to 30 minutes and can walk approximately ¾ mile.  He can sit for up to 2 hours with the need to shift and reposition for pain relief.  He can lift up to 23 lbs. (daughter) on a very occasional basis.  He is able to stoop, kneel and squat on an occasional basis.  He is unable to tolerate reaching with both upper extremities above waist level and notes decrease strength (grasping) in the left hand.  Mr. Cardoso can lift and carry a 24 count pack

Rene Cardoso
3 | P a g e

of water primarily with the right upper extremity (using the left as an assist). He does not feel he could lift a gallon of milk with his left upper extremity.

He estimates that his sleep is interrupted and does take a nap on a daily basis (approximately 1 hour).

Mr. Cardoso reports changes in his memory and mood which has impacted his concentration, relationships, and ability to perform routine activities. Because of the chronic pain he experiences on a daily basis, Mr. Cardoso tends to isolate himself and will become angry at times. He admits to having some depression however denies any homicidal or suicidal ideations. Reports he "thinks a lot about the pain and whether he will improve". His girlfriend worries about his symptoms, the future, and ability to raise 2 young children. Mr. Cardoso admits that he is forgetful and requires reminders to take medication, attend doctors' appointments, etc. He has recently limited his driving due to increased vertigo. Mr. Cardoso is able to tolerate driving short distances to the grocery store and appointments. He continues to experience frustration due to his inability to work and enjoy activities as he did in the past. Mr. Cardoso became tearful during the interview when discussing his current situation.

During the interview, Mr. Cardoso was observed to rub his right and left arms. He was visably in pain and "reported not having a good day". Mr. Cardoso reported having a headache and neck pain during the meeting. He stood after sitting for 35 minutes. He was able to tolerate driving 15 minutes to his attorney's office with minimal difficulty.

Current medications include; Fentanyl Patches, Nucynta, Lyrica, Amitriptylline, Cymbalta, Belsomra, and Nuvigili

V.    Educational/Vocational Background:

As previously stated in a report dated July 27, 2015, Mr. Cardoso completed the 8th grade in Puebla, Mexico. While living in Mexico he worked part-time with his uncle who was an Electrician. He admits that his reading, writing and math in Spanish are adequate to perform all daily tasks. He has a fairly good command of the English language (speaking) but admits he is not as strong in reading English. He came to the Unites States in 1998 and initially worked in a factory in Georgia. At the time of the accident, he was employed by Hartland Resources as an Electrician. He began working with them in 2008 and was making 19.00 per hour (40 hours) plus overtime. His average weekly wage was 796.04. He worked under the direction of a licensed electrician and performed all duties associated with industrial and commercial electrical work. At times he would "run a crew" working alongside other employees to complete the assignment for that day. He was required to lift in excess of 100 lbs. on a

Rene Cardoso
4 | P a g e

regular basis. He was employed as an Electrician Helper with Gilmore Electric from 2006-2008 (14.00 per hour) and with Armado's Electrical (as an Electrician) from 2003-2006 (12.00 per hour). Mr. Cardoso worked with his brother as a Carpenter Helper from 2000-2003 and was paid 11.00 per hour.

Since his original injury, Mr. Cardoso has attempted to return to competitive employment however has not been able to sustain any employment for a significant period of time. He reports that his last employment ended approximately 2-3 weeks ago. Mr. Cardoso worked part-time for approximately 15 months driving a shuttle van transporting individuals to medical appointments. He worked no more than 3-5 days per week averaging 20 hours and was paid 10.00 per hour. His employer, Dillon Transportation was aware of his limitations and the need to take various medications to address his symptoms. It is important to note that he was previously a client who used this transportation service for medical appointments. He attempted to work with his brother performing carpenter work and was unable to complete a full-day due to increased pain and symptoms. Mr. Cardoso would like to return to his chosen occupation but is aware of his limitations and inability to do so. He was unable to identify any other competitive employment which may be suitable given his various symptoms related to the injury.

VII.   Vocational Analysis and Opinions:

Based on a combination of factors, it is the opinion of this expert that Mr. Cardoso is unable to maintain competitive employment. His inability to sustain competitive employment is based on a combination of his physical limitations, chronic pain, and cognitive issues. Consultation with Dr. White confirmed that given his memory, concentration, and chronic pain, he would not be able to sustain the concentration, persistence and pace required to successfully return to work.

| Occupation | Hourly Rate | Annual Salary (Range) |
|---|---|---|
| Electrician | 20.33-22.36 | 42,286.00-46,509.00 |

*Based on Mr. Cardoso's work history the above hourly rate reflects the average to experienced range for the Charlotte MSA region (2016 data-Division of Employment Security, NC Department of Commerce).

**Annual Wage Loss: 42,286.00-46,509.00**

VIII.  Life Care Plan/Medical Summary are attached as exhibits.

This concludes the report on Mr. Rene Cardoso. Please feel free to contact my office if you have additional questions.

Rene Cardoso
5 | P a g e

Sincerely,

Julie Sawyer-Little, M.S., OT/L, CRC, CLCP, ABVE/F

Exhibits Attached:

Exhibit 1:  Life Care Plan
Exhibit 2:  Medical Summary
Exhibit 3:  Curriculum Vitae
Exhibit 4:  Deposition/Trial Appearances
Exhibit 5:  Statement of Compensation

# EXHIBIT 1

Life Care Plan
Rene Cardoso
November 23, 2016
Page 6

# LIFE CARE PLAN

## Tables

## for

## Rene Cardoso

Life Care Plan
Rene Cardoso
November 23, 2016
Page 7

## Medical Follow-up/Therapeutic Intervention

| Recommendation | Dosage | Dates | Frequency | Expected Costs (Growth Trends to be determined by Economist) |
|---|---|---|---|---|
| Pain Management/Dr. Taub | | Beginning: 2016 Ending: Life Expectancy | Every 4-6 times per year; 80.00/visit | 320.00-480.00/yr. |
| Neurologist | | Beginning: 2016 Ending: Life Expectancy | 4 times/yr.; 150.00-180.00 | 600.00-720.00/yr. |
| Counseling Services | | Beginning: 2016 Ending: Life Expectancy | 20 visits over lifetime; Initial Evaluation 150.00-160.00; 120.00-150.00 thereafter | 2,400.00-3,000.00 (1 time cost) |
| Case Management/RN | | Beginning: 2016 Ending: Life Expectancy: | 1 visit/month; 75.00-125.00/visit | 900.00-1,500.00/yr. |

Life Care Plan
Rene Cardoso
November 23, 2016
Page 8

## Medication

| Recommendation | Dosage | Dates | Frequency | Expected Costs (Growth Trends to be determined by Economist) |
|---|---|---|---|---|
| Fentanyl Patches | 25 micrograms every 48 hours | Beginning: 2016 Ending: Life Expectancy | Every 48 hours; 205.49-209.00/month | 2,466.00-2,508.00/yr. |
| Nucynta | 75 mg; 4 times per day | Beginning: 2016 Ending: Life Expectancy | Daily; 756.59-816.99/month | 9,079.00-9,804.00/yr. |
| Lyrica | 150 mg; 3 times per day | Beginning: 2016 Ending: Life Expectancy | Daily; 552.49-616.99/month | 6,630.00-7,404.00/yr. |
| Amitriptyline | 25 mg; 1 time per day | Beginning: 2016 Ending: Life Expectancy | Daily; 9.99-11.99/month | 120.00-144.00/yr. |
| Cymbalta | 60 mg; 1 time per day | Beginning: 2016 Ending: Life Expectancy | Daily; 199.47-223.99/month | 2,394.00-2,688.00/yr. |

Life Care Plan
Rene Cardoso
November 23, 2016
Page 9

## Orthotics

| Recommendation | Explanation | Dates | Frequency | Expected Costs (Growth Trends to be determined by Economist) |
|---|---|---|---|---|
| Dress Shoes | | Beginning: 2016<br>Ending: Life Expectancy | Every 2-4 years; 190.00 | 48.00-95.00/yr. |
| Casual Shoes | | Beginning: 2016<br>Ending: Life Expectancy | Every 1-2 years; 140.00 | 70.00-140.00/yr. |
| Custom Orthotics | | Beginning: 2016<br>Ending: Life Expectancy | 3 Sets; Every 3-5 years 400.00/pair | 240.00-400.00/yr. |

*Note the above costs reflect 2015 data as the vendor who originally provided the cost is no longer in business. Orthotics and fittings are customized to the individual and therefore would be difficult to obtain from another provider. It has been the experience of this evaluator that generally the prices increase as opposed to declining each year. Therefore, it is felt the price reflects a conservative cost consistent with his needs.

Life Care Plan
Rene Cardoso
November 23, 2016
Page 10

## Diagnostics

| Recommendation | Explanation | Dates | Frequency | Expected Costs (Growth Trends to be determined by Economist) |
|---|---|---|---|---|
| Brain MRI without contrast | | Beginning: 2016 Ending: Life Expectancy | 2 over lifetime; 1,068.00-1,168.00 | 2,136.00-2,336.00 (total cost) |
| Cervical Spine MRI with contrast | | Beginning: 2016 Ending: Life Expectancy | 2 over lifetime; 1,341.00-2,104.00 | 2,682.00-4,208.00 (total cost) |
| Random Drug Test | | Beginning: 2016 Ending: Life Expectancy | 4 times per year; 150.00/test | 600.00/yr. |

Life Care Plan
Rene Cardoso
November 23, 2016
Page 11

## Companion Services

| Recommendation | Explanation | Dates | Frequency | Expected Costs (Growth Trends to be determined by Economist) |
|---|---|---|---|---|
| Companion Services | Provide assistance with grocery shopping, meal preparation, negotiating transportation, etc. | Beginning: 2016 Ending: Life Expectancy | 2 hours per day; 18.30-19.00/hour | 13,359.00-13,870.00/yr. |

# EXHIBIT 2

Rene Cardoso
November 23, 2016
Page-12

## Medical Summary

| Provider | Summary of Visit |
|---|---|
| Neal S. Taub, MD | 2/18/16: Initial Visit-Patient is a 41 year old male referred for further pain management related to chronic spine and extremity pain. He was originally injured on the job on 7/16/13. The patient was treated by a board-certified pain specialist and notes that he has had significant improvement in analgesia and functionality with fentanyl in conjunction with Nucynta for breakthrough pain. He notes currently that his pain level is 6/10 and usually worsen with activity and better with rest. The patient notes that he has been able to return to work a few hours per day, primarily driving. The patient was discharged from Southeast pain care as a result of multiple changes in appointments. For this reason the patient presents for further evaluation and management. **Plan:** The patient is an appropriate candidate for ongoing opioid analgesics as a result of significant benefit noted as well as improved functionality including assistance with household duties, parenting, and working part-time. His current dose of fentanyl will be continued with Lyrica restarted and amitriptyline restarted and Nucynta for breakthrough pain. Re-evaluate him in one month. |
| | 3/17/16: Patient seen for re-evaluation. He notes ongoing diffuse spinal pain still extending generally from the cervical region to the waist and significant benefit noted with the current regimen. Continue on current regimen and return in 8 weeks. |
| | 5/12/16: Returns for re-evaluation. Patient notes ongoing diffuse spinal pain still extending generally from the cervical region to the waist. **Assessment/Plan:** Intractable diffuse thorax and extremity pain status post cervical myelopathy, work-related necessitating chronic opioid analgesics. Continue fentanyl with Nucynta for breakthrough pain. Return in 8 weeks. |

Rene Cardoso
November 23, 2016
Page-13

## Medical Summary

| Provider | Summary of Visit |
|---|---|
| Neal S. Taub, MD | 8/24/16: Returns for follow-up visit. Complains of pain in the thorax and extremity pain which remained generally stable. We will continue fentanyl extended-release agent with Nucynta for breakthrough pain as a result of a very good functionality currently. Including full-time work. He will continue with current regimen and continue with local modalities, walking, stretching, etc. During this visit urine drug screen completed. Return in 12 weeks

10/19/16: Patient seen for re-evaluation. Continues to complain of pain in the thorax and extremity. Intensity of pain is 8/10. Reports average pain level during the last week was 6/10. The percentage of my pain relieved during the past week was 50%. The amount of pain relief that I am obtaining is making a significant difference and overall improving the quality of life. We will continue fentanyl extended-releases agent with Nucynta for breakthrough pain. He is doing quite well with the current regimen. He is meeting his analgesic goal of a 40% average reduction in symptoms. He is meeting his functional goals including assistance with parenting. He is meeting his functional goals including household chores and working full-time. Urine drug screen; Return in 12 weeks. |

Rene Cardoso
November 23, 2016
Page-14

## Medical Summary

| Provider | Summary of Visit |
|---|---|
| **Health & Rehabilitation Psychologist of Charlotte, P.A.** 4/9/14 Dr. Sara McAnulty | Neuropsychological Evaluation: Patient is a 39-year old referred for neuropsychological evaluation by his physician, Dr. Kern Carlton to clarify his neurocognitive functioning and assist in treatment planning. On March 19, 2014, the patient presented for an initial psychological evaluation with Brian O'Malley, Ph.D. It was Dr. O'Malley's impression that the patient was suffering from adjustment disorder with depressive features as well as a cognitive disorder secondary to his injury. Dr. O'Malley also recommended a multifaceted approach to treating his ongoing difficulties and recommended referral to Dr. Carlton. He also recommended neuropsychological evaluation to partial out residual cognitive impairments. Psychotherapy was also recommended to assist with his overall emotional distress. During the current interview, the patient reported difficulties with his cognitive skills. According to the patient, he is "not thinking right or normal". He describes himself as slower in his thinking. With continued focus, he receives a headache. He reported memory difficulties, such as trouble remembering appointments. He reported a tendency to lose and misplace things. He reported sleep difficulties marked by nightmares as well as difficulty falling asleep and staying asleep secondary to an inability to get comfortable. He averages five hours of sleep. He denied any history of depression or anxiety. He denied any current sources of stress in his life. Regarding activities of daily living, the patient notes that he is unable to drive, except for short distances, such as in a parking lot driving his trash to the dumpster. He has difficulties managing his medications, with a tendency to question if he has taken them or not. He is able to prepare simple meals. He describes being fluent in in spoken English and is able to |

Rene Cardoso
November 23, 2016
Page-15

## Medical Summary

| Provider | Summary of Visit |
|---|---|
| **Health & Rehabilitation Psychologist of Charlotte, P.A.** 4/9/14-Continued Dr. Sara McAnulty | read simple English, although reports he is unable to write in English. Test results indicate a full-scale intelligence quotient of 67, functioning in the mildly impaired range. General abilities Index of 70 placing his overall intellectual abilities, partialing out the effects of attention and processing speed, in the low average range.<br><br>**Impression/Recommendations:** Collectively, the patient's neurocognitive profile revealed difficulties regulating attentional resources. It is likely that various factors are contributing to his difficulty regulating attention. First, the patient presents with various sources of physical pain as well as ongoing headache pain. Pain has certainly been known to disrupt cognition, and attention in particular. Unfortunately, his ongoing pain and sleep difficulties have contributed to fatigue. He did appear notably fatigued in the afternoon session. Thirdly, the patient's mood also appeared to impact his performance. Lastly, pharmacological approaches may also be undermining his cognition. His medication should be reviewed for deleterious effects to his cognitive status. In light of the complexity of the patient's current complaints, the relative contribution of residual cognitive deficits secondary to his brain injury could not be fully partialed out. However, I would expect that, as he integrates compensatory strategies and tools to address his attention regulation, increase his pain management as well as improve his mood, sleep and fatigue, he will likely see an overall improvement in his cognitive efficiency. Given the complexity of his difficulties contributing to his overall level of functioning, he would be a strong candidate for a functional restoration program that utilizes a more comprehensive approach in increasing his overall level of functioning. |

Rene Cardoso
November 23, 2016
Page-16

## Medical Summary

| Provider | Summary of Visit |
|---|---|
| Health & Rehabilitation Psychologist of Charlotte, P.A. | 3/19/14: Initial Evaluation by Dr. O'Malley. Mr. Cardoso complains of depression secondary to his pain and associated limitations. Mr. Cardoso indicates that he experiences periods of emotional lability. He becomes tearful easily. He indicates that he worries excessively, particularly about the future. He is frustrated by the limitations. He can no longer do many of the things he once enjoyed. Mr. Cardoso complained of the moderate diminution of short-term memory and concentration. He indicates that he experiences lapses in concentration. He indicates that he tires easily with activities involving concentration or reading. |
| | Mr. Cardoso is suffering from an adjustment disorder with depressive feature and a cognitive disorder secondary to his industrial injury. At this juncture, Mr. Cardoso requires a multifaceted approach to his current difficulties. Physical medicine and rehabilitation evaluation and management of the sequelae of his spinal cord injury is indicated. Recommend a neuropsychological evaluation. |
| | Treatment Records for counseling services: 4/2/14-6/3/14-During these visits Mr. Cardoso continues to endorse difficulty sleeping and chronic pain. |
| | 6/18/14: CogSmart Progress Note: Introduction and orientation provided. Patient returned to the session reporting that his top three difficulties included headaches, arm and shoulder pain, as well as numbness in his whole body. When asked specifically about cognitive complaints, the patient reported that he worries a lot, is disappointed and has memory difficulty. He identified that his goals were to complete tasks, decrease his worry regarding his prognosis as well as manage his pain better. |

Rene Cardoso
November 23, 2016
Page-17

## Medical Summary

| Provider | Summary of Visit |
|---|---|
| Health & Rehabilitation Psychologist of Charlotte, P.A. | 6/20/14: The patient returned to the session reporting having "lost" his CogSMART book and ultimately did not complete his homework. He presented with considerable difficulty staying attentive and focused during the course of the session. He was frequently off topic. He expressed his belief that he did not believe anything would work to manage his headache or his overall status. Despite coaxing and encouraging him to try these strategies and to apply the material discussed, the patient reported that he did not believe the headache would go away by talking to people. As such, he did leave the program early. |
| | 6/24/14: Returns for individual psychotherapy today. Mr. Cardoso indicates that he experienced a syncopal episode earlier this week. He indicates that he was sitting in his car cleaning the console. He had placed the car in reverse but had his foot on the brake. He had his left foot outside the car. He remembers placing his left leg in the car. His next recollection was that the car had rolled down his driveway and struck a car across the street. He had no awareness that the car was moving. He indicates that his girlfriend observed the incident and indicated to him that he was slumped in the seat. He was advised that he should only drive if he believed that he was safe to do so. |
| | 7/1/14: Returns for therapy. Reported increased full body pain, with the majority of intense pain occurring from the waist up, but with increasing pain and numbness occurring throughout the body. Mr. Cardoso demonstrated a great deal of pain behavior, as characterized by fixation on forehead. He appears resistant to the therapeutic process, and asked if he could be dismissed from the presence of this writer. He presented today with subdued mood. Affect appears blunted. |

Rene Cardoso
November 23, 2016
Page-18

## Medical Summary

| Provider | Summary of Visit |
|---|---|
| **Select Physical Therapy**<br>Adam Strickley, PT | 6/17/15: Mr. Cardoso demonstrated the ability to occasionally lift up to 30 lbs. floor to waist, 20 lbs. waist to shoulder, carry up to 30 lbs. Demonstrated constant sitting, frequent standing and occasional walking. Deficits identified during testing includes upper and lower extremity weakness and limited AROM which limited his ability to overhead reach with his left arm. Rene Cardoso demonstrated inconsistent performance with material handling and positional tolerance testing. This, in combination movement and muscle recruitment patterns while both aware and unaware of observation, indicates that the results of this evaluation can be considered to be minimal levels for Rene Cardoso's functional abilities and greater levels may be possible. |

# EXHIBIT 3



**SAWYER**
CONSULTING

2217 Serene Lake Drive
Apex, North Carolina 27539
919-772-1486

**Professional Vitae**

## EDUCATION

1992    **Masters of Science in Rehabilitation Science**
        *East Carolina University*
        Greenville, North Carolina

1989    **Bachelor of Science in Occupational Therapy**
        *East Carolina University*
        Greenville, North Carolina

## LICENSURE/CERTIFICATION

North Carolina Board of Occupational Therapy-#897
American Occupational Therapy Board-#0047787
Commission on Rehabilitation Counselor Certification-#00011182
Certified Life Care Planner-#0330
American Board of Vocational Experts-Fellow #5112

## PROFESSIONAL EXPERIENCE

Aug. 1998    **Rehabilitation Consultant**
to Present    *Sawyer Consulting, LLC aka Sawyer & Associates*

- Provide rehabilitation consultation (vocational and life care planning) services to attorneys, insurance carriers and employers.
- Provide vocational expert testimony in social security hearings.
- Provide vocational evaluation and case management services.
- Provide job task analysis.
- Provide job coaching services.

Sept. 1997    **Director of Professional Relations**
to July 1998    *Easter Seal Home Health Services*

- Direct the development of and maintain contacts with the appropriate representatives from Health Maintenance Organizations, other managed care organizations and insurance companies to promote Easter Seal programs for business development.
- Develop bids and contracts for managed care organizations, insurance companies and other potential payer sources as necessary.
- Develop an in-depth understanding of different pricing strategies occurring in the home health market.
- Instrumental in restructuring the intake/referral department.
- Served as interim Rehabilitation Supervisor until position was filled.
- Active participant and reviewer in the JCAHO preparation process.
- Develop and maintain an understanding of trends in the home health market for future positioning of the agency.

*Dependable Expertise for Positive Results*    www.JSawyerConsulting.com

| | |
|---|---|
| May 1993<br>to Aug. 1997 | **Director of Industrial Services/Coordinator of Home Health Services**<br>*Pro Active Therapy, Inc.* |

- Responsible for supervision of COTA/L in provision of home health services.
- Collaborate with Director of Home Health Services to ensure smooth transition of new home health contracts.
- Evaluation and treatment of pediatric patients in outpatient setting (prn).
- Responsible for coordination/development of start-up of work hardening and acute clinic to include; up-fit, layout, equipment purchase, hiring, etc.
- Perform administrative duties to include: weekly payroll, hiring/firing, performance reviews, weekly schedules, CEU requests, etc.
- Perform chart audits to comply with Medicare and company policy.
- Develop/implement a comprehensive upper extremity and low back programs to include: work hardening programs, on-site therapy, cumulative trauma prevention programs, back prevention programs, on-site exercise programs, and ergonomic consultation.
- Manage/supervise five work hardening clinics (statewide) to ensure consistency and quality care.
- Perform industry based job-site analysis to provide recommendations in facilitating successful return to work of injured workers.
- Provide on-site occupational therapy services to MOEN, Inc. (New Bern, NC)
- Provide on-site occupational therapy services to Fieldcrest Cannon (Kannapolis, NC)
- Perform functional capacity assessments and vocational evaluations.
- Implement work hardening programs to injured workers.
- Communicate with rehabilitation specialists, insurance carriers, physicians, and attorneys regarding patient's disposition.
- Assist with vocational placement options and return to work process.
- Experience as an expert witness in disputed social security and workers' compensation litigation.
- Coordination of all conference/meeting related to marketing industry, insurance carriers, and rehabilitation specialists.
- Prepare and present proposal of services to industrial accounts for on-site services to include; on-site therapy, prevention programs, and pre-employment testing (Simpson Industries, MOEN, West Point Stevens, McLane Carolina, O'berry Center, Bridgestone/Firestone, Fieldcrest Cannon).
- Responsible for marketing to industrial accounts, insurance carriers, rehabilitation specialists, attorneys, and physicians.
- Coordinate quarterly meetings with program managers to discuss current issues, trends, and changes in the industrial programs.
- Development and implement post-offer/pre-employment screening to industries.

| | |
|---|---|
| Nov. 1995<br>to Aug. 1997 | **Occupational Therapist (prn)**<br>*NovaPro* • Pittsboro, North Carolina |

Provide occupational therapy services on a prn basis (nursing home).

| | |
|---|---|
| Nov. 1995<br>to Mar. 1996 | **Occupational Therapist (prn)**<br>*CMS Therapies* • Greenville, North Carolina |

Provide occupational therapy services on a prn basis (nursing home).

| Nov. 1991 to April 1993 | **Lead Occupational Therapist-Industrial Program** |
|---|---|

*Pitt County Memorial Hospital* • Greenville, North Carolina

Coordination of work hardening services.

| May 1992 to April 1993 | **Staff Occupational Therapist (part-time/prn)** |
|---|---|

*Tar Heel Home Health* • Greenville, North Carolina

Provide occupational therapy services to patients in their home to include evaluation and treatment.

| Jan. 1990 to July 1991 | **Staff Occupational Therapist** |
|---|---|

*Pitt County Schools* • Greenville, North Carolina

Provide occupational therapy services to children in the school system of various diagnosis (learning disabled, cerebral palsy, physically and mentally handicapped).

## PROFESSIONAL ORGANIZATIONS AND AFFILIATIONS

North Carolina Occupational Therapy Association
International Association of Rehabilitation Professionals
International Association of Life Care Planners
American Board of Vocational Experts

## PRESENTATIONS AND PUBLICATIONS

| March 2016 | "Forensics in Rehabilitation"<br>*IARP of the Carolina's Educational Conference*<br>Greensboro, North Carolina |
|---|---|
| March 2016 | "A Vocational Experts Perspective on Visual, Speech, and Hearing Limitations"<br>*North Carolina Advocates for Justice-Social Security Disability*<br>Cary, North Carolina |
| March 2015 | "The Vocational Expert in a Social Security Case"<br>*North Carolina Advocates for Justice-Social Security Disability-The Fundamentals*<br>Cary, North Carolina |
| Nov. 2014 | "Brachial Plexus Injuries: Putting the Puzzle Pieces Together"<br>*Annual Conference-International Association of Rehabilitation Professionals*<br>San Diego, California |
| March 2014 | "Be the Strongest Link: Strengthening Forensic Testimony-Emphasis on Social Security with Implications for other Venues"<br>*Annual Conference-American Board of Vocational Experts*<br>Nashville, Tennessee |
| Nov. 2013 | "Social Security Disability Claims: What You Need to Know-Vocational Experts Perspective"<br>*NC Bar Association*<br>Cary, North Carolina |
| Nov. 2013 | "Forensic 101 Introduction to Forensic Rehabilitation Practice"<br>*Annual Conference-International Association of Rehabilitation Professionals*<br>Charleston, South Carolina |

May 2013       "The Life Care Plan: How to Further Your Case for Mediation and Trial"
               *NCBA Paralegal Division Annual Meeting*
               Greensboro, North Carolina

Oct. 2012      "Forensic 101 Introduction to Forensic Rehabilitation Practice"
               *Annual Conference-International Association of Rehabilitation Professionals*
               San Juan, Puerto Rico

Sept. 2012     "Confronting Medical Issues in Workers' Compensation Claims"
               *2012 Workers' Compensation Fall Program-NC Bar*
               Cary, North Carolina

Dec. 2009      "View from the Vocational Expert's Chair"
               *SSA Seminar-North Carolina Advocates for Justice*
               Winston-Salem, North Carolina

Oct. 2009      "Dealing with Complex Hypotheticals"
               *IARP-Forensic Conference*
               Memphis, Tennessee

May 2004       "Dealing with Challenging Cases: Strategies for Examination of the Vocational Expert"
               *NOSCRR Annual Conference*
               San Diego, California

April 2000     "Life Care Planning and Vocational Rehabilitation"
               *Guest Speaker-East Carolina University*
               Greenville, North Carolina

March 1999     "Industrial Rehabilitation and Case Study"
               *Guest Speaker-University of North Carolina*
               Chapel Hill, North Carolina

Oct. 1999      "Life Care Planning: What Is It and How Does It Apply to OT"
               *North Carolina Occupational Therapy-Annual Conference*
               Raleigh, North Carolina

June 1999      "Vocational Rehabilitation and Return to Work"
               *Co-Presenter; 16th Workers' Compensation Conference*
               Chapel Hill, North Carolina

April 1999     "Role of Occupational Therapy in the Industrial Setting"
               *Junior Class Presentation; East Carolina University*
               Greenville, North Carolina

Nov. 1994      "Early Intervention, Work Hardening, and Return to Work"
               *The NCVEWAA and NCRCA Fall Training Conference*
               Atlantic Beach, North Carolina

Oct. 1994      "Integrating Ergonomics into the Rehabilitation Process:
               A Multi-Disciplinary Approach for Successful Return to Work"
               *Human Factors and Ergonomics Society Annual Meeting*
               Nashville, Tennessee

Nov. 1993      "Perceived Professional Status of Allied Health Professionals"
               *ASAHP National Conference*
               Orlando, Florida

Nov. 1993     "Evaluation and Rating of Physical Disability"
              *North Carolina Occupational Therapy Annual Conference*
              Asheville, North Carolina

Nov. 1993     "Expanding Payment Workshop"
              *North Carolina Occupational Therapy Annual Conference*
              Asheville, North Carolina

June 1992     "Evaluation and Rating of Physical Disability"
              *Chapter in Handbook of Pain Management-Second Edition*

May 1992      "Perception of Professional Prestige in Allied Health Professionals"
              *North Carolina Occupational Therapy Annual Conference*
              Wrightsville, North Carolina

April 1999    "The Role of Occupational Therapists' in an Industrial Setting"
              *Classroom presentation at East Carolina University*
              Greenville, North Carolina

## WORKSHOPS AND CONFERENCES

2016     International Association of Rehabilitation Professionals-Annual Conference
         Pittsburgh, Pennsylvania

2014     International Association of Rehabilitation Professionals-Annual Conference
         San Diego, California

2014     International Symposium on Life Care Planning — Minneapolis, Minnesota

2014     American Board of Vocational Experts Conference — Nashville, Tennessee

2013     International Association of Rehabilitation Professionals-Annual Conference
         Charleston, South Carolina

2013     Life Care Planning Symposium — Atlanta, Georgia

2012     International Association of Rehabilitation Professionals-Annual Conference
         San Juan, Puerto Rico

2011     International Association of Rehabilitation Professionals-Annual Forensic Conference
         Las Vegas, Nevada

2011     American Board of Vocational Experts Conference — Orlando, Florida

2009     International Association of Rehabilitation Professionals-Annual Forensic Conference
         Memphis, Tennessee

2009     American Board of Vocational Experts Conference — New Orleans, Louisiana

2008     International Association of Rehabilitation Professionals-Annual Forensic Conference
         Ft. Lauderdale, Florida

2008     International Association of Life Care Planners-Annual Conference
         Scottsdale, Arizona

2007     American Board of Vocational Experts-Fall Conference
         Charleston, South Carolina

2007     American Board of Vocational Experts-Pre Conference (Fall)
         Charleston, South Carolina

2007     International Conference of Life Care Planning — St. Petersburg, Florida

2006     International Association of Rehabilitation Professionals-Annual Forensic Conference
         Scottsdale, Arizona

2006     IARP-Annual Forensic Pre-Conference, Admissibility Testimony Series
         Scottsdale, Arizona

| | |
|---|---|
| 2006 | IARP-Annual Forensic Pre-Conference, Does the Data Fit the Purpose? Scottsdale, Arizona |
| 2006 | International Conference on Life Care Planning — Atlanta, Georgia |
| 2006 | Forensic Rehabilitation-A Foundation Preconference, Annual Conference — Minneapolis, Minnesota |
| 2006 | Loss of Earning Capacity of a Child with Brachial Plexus Injury Preconference, Annual Conference — Minneapolis, Minnesota |
| 2006 | Annual Forensic Conference — Minneapolis, Minnesota |
| 2006 | Life Care Planning Summit — Chicago, Illinois |
| 2005 | Geriatric Care Management, Modules 5 and 6 — Orlando, Florida |
| 2005 | IARP Annual Conference — Orlando, Florida |
| 2005 | Geriatric Care Management; Modules 1 and 2 — Atlanta, Georgia |
| 2004 | The Annual Summit-Medipro Seminar — Atlanta, Georgia |
| 2004 | American Board of Vocational Experts-Spring Conference Charleston, South Carolina |
| 2003 | Annual Forensic Conference-Making the Point: Tools for the Forensic Rehabilitation Expert — San Antonio, Texas |
| 2003 | Medicare Set-Aside Program-Medipro Seminars — Dallas, Texas |
| 2003 | International Conference on Life Care Planning —Dallas Texas |
| 2001 | International Association of Rehabilitation Professionals-Annual Conference Miami, Florida |
| 2000 | Forensic Seminar — New Orleans, Louisiana |
| 2000 | Certified Rehabilitation Counselor Series-Ethics — Raleigh, North Carolina |
| 2000 | Annual NARPPS Meeting — Dallas, Texas |
| 1999 | Legal Mediation Course for Certification — Charlotte, North Carolina |
| 1999 | Life Care Planning Certification Program (Modules 1-8) Intellicus — University of Florida |
| 1999 | The Sixth Annual Rehabilitation and Case Management Symposium National Association of Rehabilitation Professionals-Private Sector Greensboro, North Carolina |
| 1998 | The 3rd Annual Life Care Planning Conference — Atlanta, Georgia |
| 1998 | The Fifth Annual Rehabilitation and Case Management Symposium National Association of Rehabilitation Professionals-Private Sector Greensboro, North Carolina |
| 1997 | Fifteenth Annual Workers' Compensation Conference Chapel Hill, North Carolina |
| 1996 | Fourteenth Annual Workers' Compensation Conference Chapel Hill, North Carolina |
| 1996 | North Carolina RIPPS Meeting-Update on Rules for Rehabilitation Services Raleigh North Carolina |
| 1996 | National Association of Rehabilitation Professionals-Private Sector Annual Conference — Greensboro, North Carolina |
| 1987-1996 | North Carolina Occupational Therapy Association-Annual Conference |
| 1995 | North Carolina Occupational Health Nurse Conference Greensboro, North Carolina |

| | |
|---|---|
| 1995 | NCRCA Annual Meeting — New Bern, North Carolina |
| 1995 | Thirteenth Annual Workers' Compensation Conference<br>Chapel Hill, North Carolina |
| 1994-1998 | North Carolina RIPPS Meeting — Greensboro, North Carolina |
| 1994-1996 | North Carolina Safety Conference — Greensboro, North Carolina |
| 1994 | The Upper Extremity Seminar-New Orleans, Louisiana |
| 1994 | Functional Capacity Determination Applied to Independent Medical Examinations<br>Gainesville, Florida |
| 1994 | Managing Negativity in the Workplace — Rocky Mount, North Carolina |
| 1993 | LiftStation Users Course — Hillsborough, North Carolina |
| 1993 | IsoStation B-200 Users Course — Hillsborough, North Carolina |
| 1993 | OSHA Training and Update — Fayetteville, North Carolina |
| 1993 | Supervision Workshop — Rocky Mount, North Carolina |
| 1993 | BTE Work Simulation in a Functional Rehab. Program<br>Greensboro, North Carolina |
| 1992 | Roy Matheson/Work Hardening — Atlanta, Georgia |
| 1992-1994 | Tenth Annual Workers' Compensation Conference — Chapel Hill, North Carolina |
| 1991 | National Occupational Therapy Conference — Cincinnati, Ohio |

## PROFESSIONAL/VOLUNTEER ACTIVITIES

| | |
|---|---|
| 2014 | *Advisory Committee Member*-Standards of Practice for Life Care Planning-3rd Edition |
| 2013/2014 | *Annual Conference Chair and Forensic Chair*<br>International Association of Rehabilitation Professionals |
| 2013 | *Planning Committee Member*<br>Annual Life Care Planning Conference |
| 2013 | *Chair of Missions*<br>Woodhaven Baptist Church |
| 2012 | *Forensic Chair-Elect*<br>International Association of Rehabilitation Professionals |
| 2009-2011 | Planning Committee Member<br>International Association of Rehabilitation Professionals-Forensic Section |
| 2011-2012 | *Planning Committee Member*<br>American Board of Vocational Experts-Forensic |
| 2008-2011 | *Deacon*<br>Woodhaven Baptist Church |
| 2005-2007 | *President-Elect*-Southern Wake Montessori School<br>Holly Springs, North Carolina |
| 2004-2006 | *Advisory Board*-SafeTeens<br>Raleigh, North Carolina |
| 1999-2000 | *Vice President*<br>North Carolina Occupational Therapy Association |

1994-1996  *Treasurer*
North Carolina Occupational Therapy Association

1992-1995  *Advisory Board Member*
Pitt Community College-COTA Program

1991-1993  *Eastern District Chair*
North Carolina Occupational Therapy Association

**REFERENCES: Available upon request**

# EXHIBIT 4



2217 Serene Lake Drive
Apex, North Carolina 27539
919-772-1486

### Qualified Appearances for Deposition and Court Testimony
### Julie Sawyer-Little, M.S., CRC, OT/L, CLCP, ABVE-F

| Counsel | Party | Trial | Deposition | Year |
|---|---|---|---|---|
| Stan Speckhard Alexander, Ralston, | Eileen Hill Speckhard & Speckhard | Yes-video | | 2008 |
| Robert Grant Grant Richman | Rodney Davis | | Yes | 2008 |
| Robert Grant Grant Richman | Rodney Davis | Yes | | 2009 |
| Joseph Forbes Attorney At Law | William M. Barnes | | Yes | 2009 |
| Pam Dledrich Mason, Cawood & Hobbs | Bonita Kenney | | Yes | 2009 |
| Ronnie Mitchell The Mitchell Law Firm | Dwayne Abbott | | Yes | 2009 |
| Al Thompson Banzet, Thompson & Styers | Cynthia Oliver | | Yes | 2009 |
| Sara Ellerbe Lucas, Denning & Ellerbe | Gail McGee | | Yes | 2009 |
| Brian Rlcci The Ricci Law Firm | Walter Varney | | Yes | 2010 |
| Mark Simpson Ted Greves & Associates | Brianna Gokel | | Yes | 2010 |
| Finesse Couch Couch & Associates | Arianna McCray | | Yes | 2010 |
| Brian Ricci The Ricci Law Firm | Doris Brown | | Yes | 2011 |

**Qualified Appearances for Deposition and Court Testimony**
**Julie Sawyer-Little, M.S., CRC, OT/L, CLCP, ABVE-F**

| Counsel | Party | Trial | Deposition | Year |
|---------|-------|-------|------------|------|
| Christopher West<br>White & Stradley, PLLC | Kevin Burris | | Yes | 2011 |
| Robert Grant, Jr.<br>Grant Richman | Sylvia Little | | Yes | 2011 |
| Brian Ricci<br>The Ricci Law Firm | Omar Leon | | Yes | 2011 |
| Stan Speckhard<br>Alexander, Ralston, Speckhard & Speckhard | Eileen Hill | | Yes | 2011 |
| Sarah Ellerbe<br>Lucas, Bryant & Ellerbe | Lloyd Davis | | Yes | 2011 |
| Brian Ricci<br>The Ricci Law Firm | Timothy Hannah | | Yes | 2012 |
| Sarah Ellerbe<br>Lucas, Bryant & Ellerbe | Gustavo Valadez Munoz | | Yes | 2012 |
| Matthew Harbin<br>James Scott Farrin | Darlene Marshall | | Yes | 2012 |
| Richard Hamlett<br>Etheridge & Hamlett | Patsy Jones | | Yes | 2012 |
| Stan Speckhard<br>Alexander, Ralston, Speckhard & Speckhard | Kenneth Mahaffey | | Yes | 2013 |
| Carma Henson<br>Henson Fuerst | Stephanie Webb | | Yes | 2013 |
| Jeremy Tanner<br>Tanner and Romary | Williams v. Waco Electric, et al. | | Yes | 2014 |
| Ann C. Ochsner<br>Whitley Law Firm | Lila Robinson (Federal) | | Yes | 2014 |

**Qualified Appearances for Deposition and Court Testimony**
**Julie Sawyer-Little, M.S., CRC, OT/L, CLCP, ABVE-F**

| Counsel | Party | Trial | Deposition | Year |
|---|---|---|---|---|
| Bailey Melvin<br>Melvin Law Firm | Jonathan McDonald | | Yes | 2014 |
| Gil Beck<br>U.S. Dept. of Justice | Teresa Ford v. USA<br>(Federal) | Yes | | 2014 |
| Jeremy Tanner<br>Tanner and Romary, P.A. | Melanie Williams | Yes | | 2014 |
| Bailey Melvin<br>Melvin Law Firm | Maddox Jackson | | Yes | 2014 |
| Bailey Melvin<br>Melvin Law Firm | Min Stern | | Yes | 2014 |
| Eileen Mullen<br>Mullen Law Firm | Charles Adcock | Yes | | 2014 |
| Bailey Melvin<br>Melvin Law Firm | Ahnica Jackson | | Yes | 2015 |
| David Harris<br>Linck Harris Law Group, PLLC | Merrill v. U.S. (Federal) | | Yes | 2015 |
| David Pishko<br>David Pishko Law | Gerald Palmer | | Yes | 2015 |
| Brian Ricci<br>The Ricci Law Firm | Jimmy Beasley | | Yes | 2015 |
| Bailey Melvin<br>The Melvin Law Firm | Gavin Ogrim | | Yes | 2015 |
| Gil Beck<br>U.S. Dept. of Justice | Powell v. United States<br>(Federal) | | Yes | 2015 |

**Qualified Appearances for Deposition and Court Testimony**
**Julie Sawyer-Little, M.S., CRC, OT/L, CLCP, ABVE-F**

| Counsel | Party | Trial | Deposition | Year |
|---|---|---|---|---|
| Hunter Gentel-Eddins (Oxner & Permar) | Vincent Burgan v. ATM | | Yes | 2015 |
| Vanessa Lucas Edelstein & Payne | Antonio Batrez Gomez v. BFN | | Yes | 2015 |
| Jake Harper Law Offices of Jake Harper | Wesam El-Hanafi v. U.S. (Federal) | | Yes | 2015 |
| Jake Harper Law Offices of Jake Harper | Wesam El-Hanafi v. U.S. (Federal) | Yes | | 2016 |
| David Pishko David Pishko Law | David Bruton | | Yes | 2016 |
| Collen Clark Clark Law Firm | Washington v. Trinity | | Yes | 2016 |
| Laura Windley and Joanne Foil The Foil Law Firm | Brown v. Brown | Appeared but case settled prior to taking the stand | | 2016 |

EXHIBIT 5



2217 Serene Lake Drive
Apex, North Carolina 27539
919-772-1486

## Statement of Compensation

In the civil action of Rene Cardoso v. USA . I am being compensated at the rate of $195.00 per hour for study, preparation of expert witness report and other documents, and testimony.  Travel time is billed at $75.00 per hour.  Cost for deposition testimony is $650.00 for the initial 2 hours and $195.00 per hour thereafter.  Trial testimony is billed at $650.00 appearance fee and $195.00 per hour for testimony, waiting, and preparation time.

DATED:  November 23, 2016

Julie Sawyer-Little, M.S., OT/L, CRC, CLCP, ABVE/F