# Exhibit 2 –

# Report of Oliver Wood

PRELIMINARY

APPRAISAL OF FINANCIAL LOSS

DUE TO INJURY

TO

**MR. RENE CARDOSO**

Prepared

for

Mr. William E. Applegate IV
Mr. David B. Lail
Attorneys at Law

Prepared

by

Dr. Oliver G. Wood, Jr.

December 6, 2016

1

Mr. Rene Cardoso sustained a financial loss because of his injury on July 16, 2013. The elements of loss considered in this preliminary report are earning capacity, personal services, and future medical care costs. Each element is appraised for the before- and after-trial periods with the after-trial losses discounted to present value as of January 2, 2017.

Mr. Cardoso was born on September 23, 1974, and was 38.81 years old at the time of injury. According to South Carolina Code Section 19-1-150, his life expectancy was an additional 39.27 years to age 78.08 on 2052.81. According to Mr. Cardoso, before he was injured, he had no reason to expect less than a normal life expectancy. According to Mr. Cardoso, he intended to work to age 67 (his normal Social Security retirement age).

## FACTS TAKEN INTO CONSIDERATION

At the time of injury, Mr. Cardoso was employed as an Electrician with Hart Land Resources, LLC. Ms. Julie Sawyer-Little, MS, OT/R, CRC, CLCP, ABVE/F, evaluated Mr. Cardoso's before- and after-injury earning capacity.

According to Ms. Sawyer-Little, with respect to before-injury earning capacity, the hourly rate for the average to experienced range for Electricians in the Charlotte MSA is $20.33 per hour to $22.36 per hour. On an annualized basis, this ranges from $42,286 to $46,509 (average = $44,398 per year) in 2016 dollars. According to Ms. Sawyer-Little, with respect to after-injury earning capacity, "Since his original injury, Mr. Cardoso has attempted to return to competitive employment but has not been able to sustain any employment for a significant period of time. His inability to sustain competitive

2

employment is based on a combination of his physical limitations, chronic pain, and cognitive issues."

## LOSS IN EARNING CAPACITY

For purposes of this report, it is assumed that $44,398 per year in 2016 dollars is a reasonable measure of Mr. Cardoso's before-injury earning capacity. For purposes of this report, it is assumed that because of his injury, Mr. Cardoso is unemployable in the competitive labor market. The before-trial loss in earning capacity is $154,059. The present value of the after-trial loss in earning capacity is $835,708.

## LOSS IN PERSONAL SERVICES

Before he was injured, Mr. Cardoso performed an average of 10 hours per week of personal services. He performed personal services including cooking, washing dishes, laundry, vacuuming, general housecleaning, grocery shopping, and lawn care. According to Mr. Cardoso, for approximately 6 months after his injury, he was unable to perform any personal services. Since approximately January 17, 2014, he has been able to perform about 2 hours per week of personal services. This creates a net loss of 8 hours per week of personal services.

The loss in personal services is appraised on a current basis at $9 per hour. The before-trial loss in personal services is $12,308. The present value of the after-trial loss in personal services is contained in the life care plan.

3

## FUTURE MEDICAL CARE COSTS

Because of the injuries sustained by Mr. Cardoso, he will require medical care for the remainder of his life. Ms. Sawyer-Little also prepared a Life Care Plan for Mr. Cardoso. Elements of the Life Care Plan, frequency, current annual or periodic cost, and duration of each element are contained in Exhibit 1. The present value of the total future medical care costs is $979,465. Exhibit 2 contains a summary.

## TOTAL FINANCIAL LOSS

The present value of the total financial loss is $1,981,540. Elements of this loss are contained in Exhibit 3. This report does not contain an evaluation of past medical care costs or a reduction to the loss in earning capacity to reflect any income Mr. Cardoso may have earned since his injury. This report is subject to revision to reflect any additional information that may become available.

*Oliver F. Wood Jr.*
*12/6/16*

4

EXHIBIT 1
ELEMENTS OF LIFE CARE PLAN

| Elements | Frequency | Average Current Periodic or Annual Cost | Duration |
|---|---|---|---|
| **A. MEDICAL FOLLOW-UP/THERAPEUTIC INTERVENTION** | | | |
| 1. Pain Management/Dr. Taub | annual | $400 | 2017 – life |
| 2. Neurologist | annual | 660 | 2017 – life |
| 3. Counseling Services | over life | 2,700 | 2017 – life |
| 4. Case Management/RN | annual | 1,200 | 2017 – life |
| **B. MEDICATIONS** | | | |
| 1. Fentanyl Patches | annual | 2,487 | 2017 – life |
| 2. Nucynta | annual | 9,442 | 2017 – life |
| 3. Lyrica | annual | 7,017 | 2017 – life |
| 4. Amitriptyline | annual | 132 | 2017 – life |
| 5. Cymbalta | annual | 2,541 | 2017 – life |
| **C. ORTHOTICS** | | | |
| 1. Dress Shoes | 1 x 2-4 years | 190 | 2017 – life |
| 2. Casual Shoes | 1 x 1-2 years | 140 | 2017 – life |
| 3. Custom Orthotics | 3 x 3-5 years | 1,200 | 2017 – life |
| **D. DIAGNOSTICS** | | | |
| 1. Brain MRI without contrast | 2 over life | 1,118 | 2017 – life |
| 2. Cervical Spine MRI with contrast | 2 over life | 1,723 | 2017 – life |
| 3. Random Drug Test | annual | 600 | 2017 – life |
| **E. COMPANION SERVICES** | | | |
| 1. Companion Services | annual | 13,615 | 2017 – life |

Source: Ms. Julie Sawyer-Little, MS, OT/L, CRC, CLCP, ABVE/F.

5

## EXHIBIT 2
### PRESENT VALUE OF FUTURE MEDICAL CARE COSTS
(01/03/2017 - LIFE EXPECTANCY AT AGE 78.08 ON 2052.81)

| | | | |
|---|---|---|---|
| A. | MEDICAL FOLLOW-UP/THERAPEUTIC INTERVENTION | | |
| | 1. Pain Management/Dr. Taub | $10,225 | |
| | 2. Neurologist | 16,876 | |
| | 3. Counseling Services | 2,700 | |
| | 4. Case Management/RN | 27,427 | |
| | | | $57,228 |
| B. | MEDICATIONS | | |
| | 1. Fentanyl Patches | 67,272 | |
| | 2. Nucynta | 255,382 | |
| | 3. Lyrica | 189,798 | |
| | 4. Amitriptyline | 3,570 | |
| | 5. Cymbalta | 68,730 | |
| | | | 584,752 |
| C. | ORTHOTICS | | |
| | 1. Dress Shoes | 1,568 | |
| | 2. Casual Shoes | 2,285 | |
| | 3. Custom Orthotics | 7,506 | |
| | | | 11,359 |
| D. | DIAGNOSTICS | | |
| | 1. Brain MRI without contrast | 1,846 | |
| | 2. Cervical Spine MRI with contrast | 2,844 | |
| | 3. Random Drug Test | 15,156 | |
| | | | 19,846 |
| E. | COMPANION SERVICES | | |
| | 1. Companion Services | | 306,280 |
| | TOTAL FUTURE MEDICAL CARE COSTS | | $979,465 |

EXHIBIT 3
PRESENT VALUE OF TOTAL FINANCIAL LOSS

|  | Before-Trial Loss | After-Trial Loss | Total Financial Loss |
|---|---|---|---|
| Earning Capacity | $154,059 | $835,708 | $989,767 |
| Personal Services | 12,308 | 0 | 12,308 |
| Future Medical Care Costs | 0 | 979,465 | 979,465 |
| Total Financial Loss | $166,367 | $1,815,173 | $1,981,540 |

## CURRICULUM VITAE

Oliver G. Wood, Jr.
Consulting Economist
P. O. Box 24677
Columbia, SC 29224
PH: (803) 736-1300 FX: (803) 736-1301
EMAIL: ogwecon@aol.com

**EDUCATION:**

- BS in B.A.      Univ. of SC      1958 (Cum laude)
- MA in Economics      Univ. of SC      1963
- Ph.D. in Economics      Univ. of FL      1965

**PROFESSIONAL EXPERIENCE:**

- Teaching:
  - Asst. Prof.      Univ. of SC      1965-1968
  - Assoc. Prof.      Univ. of SC      1968-1973
  - Prof. of Banking & Finance      Univ. of SC      1973-1994
  - Distinguished Prof. Emeritus      1994-Present
  - Economist-in-Residence, Charleston School of Law      2007-Present
- Consulting Economist:
  Personal injury, wrongful death, employment termination, family law
  business loss, and punitive damages cases      1969-Present

**BUSINESS EXPERIENCE:**

- Organizer & Founding Director, Republic National Bank, Columbia, SC, 1975-1987
- Assisted in organization of 11 banks and 2 savings and loan associations; consultant to numerous financial institutions
- Former member of the Columbia Advisory Board, Lexington State Bank and BB&T Financial Corp
- Former Member, Columbia Advisory Board, First South Bancorp., Inc.
- Former Director, Edisto Farm Credit, ACA
- Former Member of Retirement Plan Committee, AgFirst Bank, Columbia

**MILITARY:**

- Active Duty, U. S. Navy (Supply Corps), 1959-1961
- U. S. Naval Reserve, 1961-1987; retired as Captain

**PUBLICATIONS:**

- Books and Monographs:
  1. The SC Savings and Loan Industry. Bureau of Business and Economic Research. University of SC (1967).
  2. The BASF Controversy. (with others) Bureau of Business and Economic Research. University of SC (1971).
  3. SC State Finances. (with others) Bureau of Business and Economic Research, University of SC (1973).
  4. Commercial Banking. New York: Van Nostrand Co., Inc. (1978)
  5. Analysis of Bank Financial Statements. (co-authored) New York: Van Nostrand Co., Inc. (1979).
  6. Introduction to Money and Banking. New York:Van Nostrand Co., Inc., (1980).
  7. How to Borrow Money. (co-authored), New York: Van Nostrand Reinhold (1981).

**MEMBERSHIPS:**

- Beta Gamma Sigma (business honor society – past president of USC Chapter)
- Omicron Delta Epsilon (economics honor society)
- ODK (national leadership honor society)
- USC NROTC Alumni Association (founder, president (2 terms), treasurer)

## FEE SCHEDULE

A.  <u>Personal injury , wrongful death, and termination</u> cases:
    **Estimated** fee for a report in most cases

    $1,950.00 - $3,500.00 + expenses

    1.  Expenses include telephone, fax, copying, postage charges, etc.

    2.  Fee may be higher or lower depending upon the complexities of
        the case and the elements being evaluated (i.e., life care plan,
        multiple scenarios, etc.)

B.  Work performed by:        Dr. Wood              $375 per hour
                              Research Assistants   $200 per hour
                              Office Assistants     $85 per hour

# List of Dr. Wood's testimonies in deposition and/or trial since 2010

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|---|---|---|---|---|
| USDC | Aiken Div. SC | QUINTON/ESDALE | 11/8/2012 | 6/12/2013 |
| USDC | Asheville Div. NC | SMITH/INABNIT | 10/17/2011 | 5/7/2012 |
| USDC | Beaufort CO., SC | HORNE/TANENBAUM | 3/15/2016 | |
| USDC | Beaufort Div, SC | HOLLEY V FORD/BAILEY | 12/6/2016 | 2/11/2017 |
| USDC | Beaufort Div. SC | BALLARD/HARPOOTLIAN | 2/27/2012 | |
| USDC | Beaufort Div. SC | BOYLE/JACOBSON | | 2/28/2011 |
| USDC | Beaufort Div. SC | JONES/MCCORMACK | 9/5/2012 | |
| USDC | Charleston Co., SC | KARNOFSKY/IKEFALOS | 9/6/2016 | 11/2/2016 |
| USDC | Charleston Div, SC | HEMPSTEAD/BURKE | 6/15/2015 | |
| USDC | Charleston Div, SC | DOE4/MCLEOD | 11/2/2015 | |
| USDC | Charleston Div, SC | WILSON/MOORE | | 3/25/2015 |
| USDC | Charleston Div, SC | DANIELS/BURKE | 6/15/2015 | |
| USDC | Charleston Div, SC | HARTSOCK/TANENBAUM | 8/6/2015 | |
| USDC | Charleston Div. SC | LEE/CROSBY | 9/4/2012 | |
| USDC | Charleston Div. SC | WOODBERRY/SABB | | 4/29/2014 |
| USDC | Charleston Div. SC | ORR/SHEPHERD | 8/10/2010 | |
| USDC | Charleston Div. SC | BROWN/RANSOM | 3/21/2013 | |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|---|---|---|---|---|
| USDC | Charleston Div. SC | MIDDLETON/YARBOROUGH | 3/27/2013 | |
| USDC | Charleston Div. SC | DOE1/MCLEOD | 2/27/2014 | |
| USDC | Charleston Div. SC | DOE2/MCLEOD | 2/27/2014 | |
| USDC | Charleston Div. SC | HUCKS/HARVIN | 1/24/2012 | |
| USDC | Charleston Div. SC | GRANT/GIBSON | | 2/20/2013 |
| USDC | Charleston Div. SC | SMITH/HOWE | 1/13/2012 | |
| USDC | Charleston Div. SC | SMITH/HOWE | 1/13/2012 | |
| USDC | Charleston Div. SC | HOUSTON/KEFALOS | 6/9/2014 | |
| USDC | Charleston Div. SC | DOE3/MCLEOD | 2/27/2014 | |
| USDC | Charleston Div. SC | REYNOLDS/PARKER | 9/29/2011 | |
| USDC | Charleston Div., SC | WALKER/JACOBSON | 11/28/2016 | |
| USDC | Charleston Div., SC | RICHARDSON/GIBSON | 11/22/2016 | |
| USDC | Charleston SC, | STOUT/KAHN | 10/19/2015 | |
| USDC | Charleston, SC | PERRINE/YARBOROUGh | 11/3/2016 | |
| USDC | Charlotte Div. NC | WAGNER/JACKSON | | 3/24/2014 |
| USDC | Columbia Div, SC | WYNDHAM/ELLIOTT | 4/27/2015 | |
| USDC | Columbia Div, SC | TINIAN SYSTEMS/WOOTEN | 6/1/2016 | |
| USDC | Columbia Div. SC | KNOX/SOLOMON | 11/7/2011 | |
| USDC | Columbia Div. SC | BENNETT/APPLEBY | 7/12/2010 | 7/21/2010 |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|---|---|---|---|---|
| USDC | Columbia Div. SC | TODD/BREIBART | 5/30/2012 | |
| USDC | Columbia Div. SC | VIERA/HALL | 11/7/2011 | |
| USDC | Columbia Div. SC | WOOD/SPRADLEY | 11/7/2011 | |
| USDC | Columbia SC | MACHIN/HALL | | 1/30/2015 |
| USDC | Eastern Dist. NC | JANDREAU/HURST | 5/9/2011 | |
| USDC | Eastern Div. NC | BENNETT/MCCLEOD | 8/4/2011 | 6/20/2012 |
| USDC | Florence Div, SC | TARLTON/COPE | 9/14/2016 | |
| USDC | Florence Div, SC | O'TUEL/JENNINGS | | 11/15/2016 |
| USDC | Florence Div.  SC | FRYER/RICHARDSON | 3/8/2010 | |
| USDC | Florence Div. SC | JUAIRE/HATFIELD | 7/5/2011 | 9/7/2011 |
| USDC | Florence Div. SC | KNIGHT/PROFFITT | 3/26/2013 | |
| USDC | Florence Div. SC | HARRELSON/STEVENS-GRAZIANI | | 6/12/2013 |
| USDC | Florence Div. SC | TUCKER/HATFIELD | 7/30/2014 | |
| USDC | Florence Div. SC | EVANS/OHANESIAN | 11/14/2013 | |
| USDC | Greenville Div. SC | JOHNSON/JORDAN | 7/13/2011 | |
| USDC | Greenville Div. SC | GREENFIELD/NORTH | 3/25/2010 | |
| USDC | Greenwood Div. SC | LAVENDER/HUFF | 12/12/2007 | 2/11/2010 |
| USDC | Greenwood Div. SC | PERRIN/HALL | 11/13/2013 | |
| USDC | Greenwood Div. SC | MITCHELL/POPE | 3/6/2014 | |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|-------|----------|-----------|------------------|---------------------|
| USDC | Greenwood Div. SC | SIMONS/JOHLIN | 7/15/2014 | |
| USDC | Miami, FL | MILLER/MCLEOD | 6/21/2016 | |
| USDC | Northern Dist. GA | PUCKETT/THOMAS | 2/14/2012 | |
| USDC | Orangburg Div. SC | NIX/WHITTINGTON | 12/15/2014 | |
| USDC | Orangeburg Div., SC | BYRDIC/PROFFITT | 1/26/2017 | |
| USDC | Rock Hill Div. SC | LIPMAN/DELUCA | 7/29/2010 | |
| USDC | Rock Hill Div. SC | JONES/FREEMAN | | 6/1/2011 |
| USDC | Southern Dist. VA | SCRUGGS/PAINTER | 2/6/2012 | |
| USDC | Spartanburg Div. SC | DELUNA/SLOAN | 2/28/2012 | |
| USDC | West VA. Div. WV | THOMPSON/BURROUGHS | 5/31/2012 | |
| State | Charleston Co., SC | WILLIAMS/KRELL | 1/21/2013 | |
| State | Florence Co., SC | BUCHANAN/HATFIELD | 12/4/2012 | |
| State | Horry Co., SC | DESCOVICH/FURR | 11/30/2010 | |
| State | Aiken Co., SC | BRESCIA/RIKARD | 5/8/2012 | |
| State | Aiken Co., SC | GEDDES/HOWE | 10/1/2013 | |
| State | Aiken Co., SC | ANDERSON/DOMINICK | | 4/14/2011 |
| State | Aiken Co., SC | WADE V. ARMC/CHESLEY | 11/4/2014 | |
| State | Aiken Co., SC | VARNADORE/YOUNG | | 4/8/2014 |
| State | Aiken Co., SC | ADAMS/MYERS | 3/22/2010 | |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|-------|----------|-----------|------------------|--------------------|
| State | Aiken Co., SC | ETTERLE/ZAHN | 3/4/2010 | 4/6/2010 |
| State | Aiken Co.,S C | WILLIAMS/BECK | 2/4/2010 | |
| State | Allendale Co., SC | RIDDLE/MURDAUGH | 4/2/2015 | |
| State | Allendale Co., SC | ROWE/FULDA | 3/20/2014 | |
| State | Anderson Co., SC | STANDEFFER/WRIGHT | | 2/8/2012 |
| State | Anderson Co., SC | GOODWIN/LINDSAY | 9/12/2016 | |
| State | Anderson Co., SC | BAKER/WRIGHT | | 11/1/2012 |
| State | Anderson Co., SC | REVIS/KNIE | 4/22/2013 | |
| State | Anderson Co., SC | RUCKER/ALLEN | 7/12/2012 | |
| State | Bamberg Co., SC | RILEY/CROSBY | 1/4/2011 | 9/26/2011 |
| State | Barnwell Co., SC | HUTTO/MOORE | 2/24/2011 | |
| State | Beaufort C0., SC | SHEPPARD/LAWTON | | 11/3/2010 |
| State | Beaufort Co., SC | REDPATH/CLARK | | 3/11/2011 |
| State | Beaufort Co., SC | GRAY/LOFTON | 9/2/2014 | |
| State | Beaufort Co., SC | RATZELL/MENG | | 4/12/2011 |
| State | Beaufort Co., SC | MCMURAIN/MOSS | 7/24/2014 | 4/7/2015 |
| State | Beaufort Co., SC | BROWN/BUSH | 3/18/2010 | |
| State | Berekely Co., SC | ALLEN/JEKEL | 2/22/2012 | 3/8/2012 |
| State | Berkeley CO., SC | ASHBURN/SPIER | 5/20/2015 | |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|---|---|---|---|---|
| State | Berkeley Co., SC | ARBAUGH/RHOAD | | 8/29/2012 |
| State | Berkeley Co., SC | MITCHELL/RHOAD | | 9/11/2012 |
| State | Berkeley Co., SC | MCCRAY/MULLIS | | 8/14/2012 |
| State | Berkeley Co., SC | FORD ROWLANDA/RHOAD | 1/20/2014 | |
| State | Berkeley Co., SC | FORD ROGER/RHOAD | 1/20/2014 | |
| State | Berkeley Co., SC | CONKLIN/WERN | 9/9/2010 | |
| State | Berkeley Co., SC | CROSS/MAUCHER | 8/22/2013 | |
| State | Berkeley Co., SC | DANGERFIELD/TAYLOR | 2/15/2011 | |
| State | Berkeley Co., SC | HUNT/KRELL | 1/27/2014 | |
| State | Berkely Co., SC | GRAUER/RHOADS | 12/15/2009 | 4/12/2010 |
| State | Berkely Co., SC | NEAL/RHOAD | 7/25/2011 | |
| State | Berkely Co., SC | BARKER/PARKER | 1/6/2011 | |
| State | Berkely Co., SC | GEDDINGS/SHEHEEN | | 6/15/2011 |
| State | Beufort Co., SC | MIDDLETON/DAVIDOVIC | 9/28/2011 | |
| State | Bibb Co., GA | SINCLAIR/STRAIN | 6/3/2010 | |
| State | Broward Co., FL | DONLEY/GARY | 10/20/2014 | 1/27/2015 |
| State | Buncombe Co., NC | MOORE/MCGEE | 8/24/2011 | 3/6/2012 |
| State | Campbell Co., TN | SMITH/BARNHART | 7/29/2014 | |
| State | Charleston Co., SC | MCGINNIS/SAUTTER | | 2/25/2010 |

Wednesday, February 15, 2017

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|---|---|---|---|---|
| State | Charleston Co., SC | MOSS/HOWE | 4/26/2011 | |
| State | Charleston Co., SC | TAYLOR/APPLEGATE | 5/14/2012 | |
| State | Charleston Co., SC | KLECKLEY/CROSBY | 9/24/2012 | |
| State | Charleston Co., SC | BLANCHARD/FURR | 1/3/2013 | |
| State | Charleston Co., Sc | NIMPHIUS/YARBOROUGH | 7/27/2011 | |
| State | Charleston Co., SC | JOHNSON/HALTIWANGER | 7/22/2013 | |
| State | Charleston Co., SC | SOLSO TRUST/HAYES | 10/20/2010 | |
| State | Charleston CO., SC | GILLARD/GRAHAM | 7/7/2015 | |
| State | Charleston Co., SC | MILLER/MURDAUGH | | 3/3/2010 |
| State | Charleston Co., SC | MCSWAIN/BEVON | 2/9/2010 | |
| State | Charleston Co., SC | SEASE/TRAYWICK | 10/28/2015 | |
| State | Charleston Co., SC | PENDERGRASS/FELDER | 7/31/2013 | |
| State | Charleston Co., SC | WASHINGTON/GRAHAM | | 8/4/2010 |
| State | Charleston CO., SC | LOUD/FULDA | 3/23/2015 | 1/14/2016 |
| State | Charleston CO., SC | WAY/WALSH | 7/30/2015 | |
| State | Charleston CO., SC | SCOTT/YELVERTON | 12/12/2016 | |
| State | Charleston Co., SC | CLARKE/BUTAITIS | 7/12/2010 | |
| State | Charleston Co., SC | BYRD/GRAHAM | | 5/17/2016 |
| State | Charleston Co., SC | RASHNAMOON/WEST | 3/17/2015 | |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|-------|----------|-----------|------------------|--------------------|
| State | Charleston CO., SC | GERVAIS/WHITTINGTON | 11/16/2015 | |
| State | Charleston CO., SC | REDDEN V MIRAVISTA/FLYNN | 10/1/2012 | |
| State | Charleston CO., SC | PRING/JENKINSON | 11/19/2015 | |
| State | Charleston CO., SC | MANOYAN/HOWE | 6/2/2016 | |
| State | Charleston CO., SC | PATERCHAK/GOWDOWN | 3/21/2016 | |
| State | Charleston CO., SC | CLARK/SPIER | 8/8/2016 | |
| State | Charleston CO., SC | VANDERHORST/WHITLEY | 1/30/2017 | |
| State | Charleston CO., SC | BARREN/MOORE | | 12/13/2016 |
| State | Charleston Co., SC | HOLT/SUGGS | 2/2/2009 | 4/21/2010 |
| State | Charleston Co., SC | FLOYD/GOLDSTEIN | | 9/9/2010 |
| State | Charleston Co., SC | LAMBERT/LOFTON | 5/19/2015 | |
| State | Charleston Co., SC | ALLEN/ELLIOTT | 6/3/2014 | |
| State | Charleston Co., SC | CAGLE/MCCOOL | | 5/18/2011 |
| State | Charleston Co., SC | REYNOLDS DELORES/PARKER | 9/29/2011 | |
| State | Charleston Co., SC | BUXTON/DEAN | 5/5/2016 | |
| State | Charleston Co., SC | GALLUP/HOWE | 10/27/2014 | |
| State | Charleston Co., SC | GREENE/RAVENEL | 4/24/2014 | |
| State | Charleston Co., SC | RILEY/LOHR | 6/26/2014 | |
| State | Charleston Co., SC | CONCORD WEST/ HAHN | 8/26/2010 | |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|---|---|---|---|---|
| State | Charleston Co., SC | DIXON/CROSLAND | | 6/10/2014 |
| State | Charleston Co., SC | WARNER/YELVERTON | 9/24/2013 | |
| State | Charleston Co.,S C | HOBACK/MCCOOL | 5/24/2011 | 6/19/2012 |
| State | Charleston Co.,S C | MITCHUM/HUDSON | 11/19/2009 | 2/13/2010 |
| State | Clarendon CO., SC | CLARKE/CROSBY | 12/5/2016 | |
| State | Cleveland CO., NC | TEDDY/CHILSON | 10/6/2016 | |
| State | Colleton Co., SC | FAIRCHILD/UTSEY | 5/10/2006 | 10/1/2012 |
| State | Cumberland CO., NC | BETHEA/ALLEN | 3/12/2012 | |
| State | Dekalb Co., GA | BUSTAMANTE/WESTON | 3/4/2014 | |
| State | DeKalb Co., GA | BURDETT/SUGGS | 8/5/2008 | 10/19/2011 |
| State | Dekalb Co., GA | MACK/BECK | 1/11/2010 | |
| State | Dorchester Co., SC | DERRICK/JENNINGS | 8/2/2016 | |
| State | Durham Co., NC | WATSON/GARY | 8/18/2014 | |
| State | Durham Co., NC | ROBINSON/WILLIAMS | | 5/11/2015 |
| State | Fairfield CO., SC | ETHIER/PROFFITT | | 4/2/2015 |
| State | Fairfield Co., SC | NEELY/COLEMAN | 10/11/2012 | |
| State | Florence Co., SC | SLATER/JEBAILY | 8/23/2012 | |
| State | Florence Co., SC | LANE/MOSS | 2/6/2007 | 2/3/2010 |
| State | Florence Co., SC | MAGAZINE/GRAHAM | | 4/28/2010 |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|---|---|---|---|---|
| State | Florence Co., SC | PARKER/HATFIELD | | 11/10/2010 |
| State | Florence Co., SC | FINLEY/COGGIN | | 6/7/2011 |
| State | Florence Co., SC | NOLAN/HATFIELD | 11/21/2010 | |
| State | Florence Co., SC | GIBSON/KEFALOS | 5/31/2011 | |
| State | Florence Co., SC | WILLIAMS/JEBAILY | 6/2/2011 | |
| State | Florence Co., SC | BROWN/NETTLES | 3/25/2010 | |
| State | Florence Co., SC | MCPHERSON/SPIERS | 7/26/2011 | |
| State | Florence Co., SC | SINGLETARY/SPIERS | 7/26/2011 | |
| State | Florence Co., SC | HUFF/KEFALOS | 4/27/2011 | |
| State | Florence CO., SC | VANDERHALL V. STATEFARM/HAT | 9/24/2014 | |
| State | Florence Co., SC | MCELVEEN/MCLEOD | | 4/1/2014 |
| State | Florence Co., SC | STRAWHORN/MURDAUGH | 12/19/2013 | |
| State | Florence CO., SC | MCTILLMAN/ARATA | 10/7/2015 | |
| State | Florence Co., SC | DAVIS/WUKELA | | 2/27/2013 |
| State | Florence CO., SC | FULTON/GRAHAM | | 5/5/2015 |
| State | Florence Co., SC | LEE/FURR | 11/10/2015 | 11/18/2015 |
| State | Gaston Co., NC | AUTEN/WILLIAMS | 10/10/2013 | |
| State | Gaston Co., NC | MOSS/ROBERTS | 12/8/2010 | |
| State | Gaston Co., NC | NUTT/CHILSON | 1/14/2014 | 12/3/2014 |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|-------|----------|-----------|------------------|--------------------|
| State | Georgetown Co., SC | GREENE/JOYE | | 10/27/2010 |
| State | Georgetown CO., SC | PERRAULT/MAGUIRE | | 8/24/2016 |
| State | Georgetown Co., SC | ANDERSON/APPLEGATE | 1/12/2012 | |
| State | Georgetown Co., SC | WOFFORD/SWANNER | | 4/22/2010 |
| State | Georgetown Co.,S C | GERALI/LOFTON | 5/27/2014 | |
| State | Greenville CO., SC | WHITE/HENDERSON | | 4/11/2016 |
| State | Greenville Co., SC | BALLENGER/GRAHAM | 10/7/2013 | 10/30/2013 |
| State | Greenville Co., SC | STOFFELEN/LANDIS | | 4/4/2014 |
| State | Greenville Co., SC | MAYBANK/WILLOUGHBY | 2/20/2014 | |
| State | Greenville Co., SC | SHELTON/OVERBAY | | 4/11/2011 |
| State | Greenville Co., SC | WOOD/BEVON | 4/3/2012 | |
| State | Greenwood Co., SC | DEAN/WATSON | 9/10/2012 | |
| State | Hampton Co., SC | SOLOMON/FAYSSOUX | | 3/21/2012 |
| State | Hampton Co., Sc | CAMPBELL/DAVIS | 6/8/2012 | |
| State | Horry Co., SC | KING/RANKIN | 9/2/2010 | |
| State | Horry Co., SC | BIRT/CONNOR | 11/22/2011 | |
| State | Horry CO., SC | DOUTON/EVANS | | 10/19/2016 |
| State | Horry Co., SC | FAY/FOSTER | | 5/21/2010 |
| State | Horry Co., SC | FIELDS/MULLINS | 10/7/2010 | |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|-------|----------|-----------|------------------|--------------------|
| State | Horry Co., SC | BOLING/CARROLL | 1/12/2010 | |
| State | Horry Co., SC | BAKER/DERRICK | 7/21/2015 | |
| State | Horry Co., SC | CALLAHAN/JOHNSON | 11/2/2016 | |
| State | Horry Co., SC | GREEN/QUERY | | 9/10/2013 |
| State | Horry Co., Sc | PARKER/FURR | 4/6/2015 | |
| State | Horry Co., SC | FERRELL/TUCK | 10/28/2013 | |
| State | Horry CO., SC | HERR/EVANS | 11/14/2016 | |
| State | Horry Co., SC | MACK/VAN SLAMBROOCK | 5/20/2010 | |
| State | Horry Co., SC | HELMS/YARBOROUGH | 7/8/2013 | |
| State | Horry Co., SC | GAULT/GOWDOWN | | 4/9/2014 |
| State | Horry Co., SC | DISMUKES/RHOAD | 1/5/2012 | |
| State | Horry Co., SC | MANIGAULT/LOFTON | 8/3/2015 | |
| State | Horry Co., SC | MORSE/ANDREWS | | 11/17/2010 |
| State | Horry Co., SC | FIELD/MAGUIRE | | 10/12/2010 |
| State | Kershaw Co., SC | MAJAR/BUTCHER | 5/14/2010 | 5/18/2010 |
| State | Lancaster CO., SC | GILBERT/RAVENEL | | 8/26/2015 |
| State | Laurens Co., SC | TAYLOR/JENKINS | 9/17/2012 | 8/28/2013 |
| State | Lawrenceville, GA | MYERS/PINKERTON | 2/12/2015 | |
| State | Lexington Co., SC | ADKINS/HALL | 9/1/2011 | |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|-------|----------|-----------|------------------|--------------------|
| State | Lexington Co., SC | EDWARDS/O'LEARY | 1/5/2011 | |
| State | Lexington Co., SC | PATE/BREHMER | 4/9/2010 | 4/12/2010 |
| State | Lexington Co., SC | FRECHETTE/MYERS | 6/30/2015 | |
| State | Lexington Co., SC | GRUBBS/BELLINGER | 8/16/2010 | |
| State | Madison CO., IL | SMITH/PALMER | 3/1/2016 | |
| State | Madison Co., SC | SILL/BUTLER | 6/20/2011 | |
| State | Marlboro Co., SC | BRAKE/JENNINGS | | 8/27/2014 |
| State | McDuffie Sup., GA | ANDERSON/NEAL | 9/4/2014 | 3/11/2015 |
| State | Mecklenburg Co., NC | WATSON/SUGGS | 9/14/2009 | 3/2/2010 |
| State | Mecklenburg CO., N | BERHE/HORNER | 4/7/2016 | |
| State | Mecklenburg Co., NC | LAWSON/MAGUIRE | 6/4/2011 | |
| State | Mecklenburg Co., NC | FURR/DEVORE | | 5/2/2013 |
| State | Mecklenburg Co., NC | TYBURSKI/JACKSON | 9/13/2012 | |
| State | Mecklenburg Co., NC | FRIES/DEVORE | 10/31/2012 | |
| State | Mecklenburg, Co., N | MURPHY/HADA | 1/19/2015 | |
| State | Middlesex Co., MA | STITES/ZACHAROPOULOSF | 5/15/2012 | |
| State | Middlesex Co., MA | TAVAGLIONE/ZACHAROPOULOS | 9/19/2011 | |
| State | Muscogee Co., GA | PHILLIPS/HAYES | 2/21/2011 | |
| State | Nash Co., NC | RICKS/CHILSON | 9/18/2014 | |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|-------|----------|-----------|------------------|--------------------|
| State | Newberry Co., SC | MILLER/SMITHDEAL | 9/27/2011 | |
| State | Orange CO., NC | RAMIREZ/GRAHAM | 11/25/2014 | 8/20/2015 |
| State | Orange CO., NC | PALACIOSDIAS/GRAHAM | 11/17/2015 | 10/17/2016 |
| State | Orangeburg Co., SC | HAMLIN/HOWE | 11/14/2011 | |
| State | Orangeburg Co., SC | MALLARD/SUGGS | 11/1/2010 | |
| State | Orangeburg Co., SC | FOLSE/LOHR | 12/2/2010 | |
| State | Orangeburg CO., SC | JEFFERSON/PALMER | 6/21/2016 | |
| State | Orangeburg Co., SC | WALLACE/HUGHEY | 5/15/2014 | |
| State | Orangeburg Co., SC | STREETT/KASSEL | 10/19/2010 | |
| State | Pickens Co., SC | O'KELLEY/JORDAN | 7/16/2012 | |
| State | Richland C)., SC | CORLEY/RAVENEL | 12/7/2016 | |
| State | Richland Co., SC | CLEVELAND/BATTISTE | | 2/2/2012 |
| State | Richland CO., SC | 2ND WIND/MCCULLOUGH | 4/20/2016 | |
| State | Richland CO., SC | TEMPLETON/MCCAULEY | 9/7/2016 | |
| State | Richland CO., SC | GRANT/MCPHERSON | 9/28/2016 | |
| State | Richland Co., SC | CRUMPTON/DASTA | 12/2/2010 | 4/19/2011 |
| State | Richland Co., SC | JONES/KAHN | 8/14/2013 | |
| State | Richland Co., SC | WATTS/COLEMAN | | 3/2/2010 |
| State | Richland Co., SC | RODGERS/GRAHAM | 10/26/2015 | 12/8/2016 |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|---|---|---|---|---|
| State | Richland Co., SC | .ROBINSON L./SMITH | 5/30/2013 | |
| State | Richland Co., SC | ATKINSON/CORBIN | | 10/9/2012 |
| State | Richland Co., SC | HILL/BEE | 4/29/2013 | |
| State | Richland Co., SC | HILL/SOLOMON | 4/29/2013 | |
| State | Richland Co., SC | SC STATE TREASURER/WILLOUG | 7/19/2012 | |
| State | Richland Co., SC | SINGLEY/BEE | 4/29/2013 | |
| State | Richland Co., SC | BAZZLE/RAVENEL | 8/1/2011 | |
| State | Richland Co., Sc | PARKER/BELSER | 9/6/2012 | 1/10/2014 |
| State | Richland Co., SC | REDD/PERKINS | | 5/22/2013 |
| State | Richland CO., SC | HOWARD/PROFFITT | 12/1/2014 | |
| State | Richland Co., SC | MORTON/MOORE | 9/26/2011 | |
| State | Richland Co., SC | MIRALRIO/SWARAT | 4/28/2014 | |
| State | Richland Co., SC | MORROW/HALL | 9/22/2014 | |
| State | Richland Co., SC | EARLE/ALLEN | 11/19/2014 | 1/27/2015 |
| State | Richland Co., SC | EAST COAST/RADEKER | 6/17/2010 | |
| State | Richland CO., Sc | SASKO/HALL | | 8/31/2015 |
| State | Richland Co., SC | MONGEBAILEY/MCANGUS | | 11/17/2011 |
| State | Richmond Co., GA | GRINER/CRANE | 2/3/2012 | |
| State | Richmond Co., GA | LONG/SUTHERS | 2/11/2015 | |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|---|---|---|---|---|
| State | Richmond Co., GA | AIKEN/REVELL | 10/31/2013 | |
| State | Richmond CO., GA | ISHMAEL/OCONELL | 4/18/2016 | |
| State | Richmond Co., GA | WILBER/NICHOLSON | 2/4/2013 | |
| State | Richmond Co., GA | WOODARD/PERKINS | 8/20/2012 | |
| State | Richmond CO., SC | COHEN/DEKLE | 9/28/2015 | |
| State | Saluda Co., SC | RUSHTON/MYERS | | 6/4/2010 |
| State | Spartanburg Co., SC | HILL/MACKAY w/ Graham | 8/31/2011 | |
| State | Spartanburg Co., SC | MOORE/HAWKINS | 3/29/2012 | |
| State | Spartanburg Co., SC | YOUNG/FURR | 1/12/2016 | |
| State | Spartanburg Co., SC | HODGE/POPE | | 11/5/2014 |
| State | Spartanburg Co., SC | WARD /RICHTER | 9/22/2010 | |
| State | Sumter Co., SC | ROBINSON/CLARK | 7/1/2013 | |
| State | Sumter Co., SC | MCLEOD/ELLIOTT | 6/20/2011 | |
| State | Sumter Co., SC | CHAPPELL/JENKINSON | | 2/3/2016 |
| State | Superior Ct, VI | BERTRAND/COADA | 10/16/2013 | |
| State | Union Co,SC | FARR/FULDA | 7/21/2016 | 8/24/2016 |
| State | Williamsburg CO., S | BURGESS/SABB | 6/25/2015 | |
| State | York Co., SC | COLE/COPE | 6/7/2010 | |
| Mil Ct | Fort Jackson, SC | BATTY/HAMILTON | | 11/17/2016 |

| Court | Location | Case name | Dr. Wood deposed | Dr. Wood testified |
|-------|----------|-----------|------------------|--------------------|
| Arbit. | Dorchester Co., SC | 514JUMP/FERRARA | | 9/16/2014 |
| Arbit | Richland Co., SC | GREENE/DETWILER | | 2/7/2013 |