**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF SOUTH CAROLINA**
**CHARLESTON DIVISION**

| | | |
|---|---|---|
| Rene Cardoso, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No.: 2:16-cv-1058-PMD |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| Mitchell Mechanical, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

   This matter is before the Court on four motions in limine (ECF Nos. 73–76). In order to provide timely assistance to the parties in advance of trial, the Court summarily[1] addresses those motions as follows:

- All evidence relating to Plaintiff's immigration status is excluded.
- All evidence relating to Plaintiff's failure to file tax returns is excluded.
- All evidence relating to Plaintiff's use of a false social security number as it relates to his lost earnings is excluded.
- To the extent that Plaintiff's immigration status precludes him from being licensed as an electrician, Plaintiff's experts may not use an electrician's earnings as a basis for future lost earnings. Instead, only his earnings as an electrician's helper can be considered.
- Mr. Thompson's opinions are not excluded to the extent that his critiques of Ms. Sawyer-Little's life care plan are based on an underlying fact. However, his speculative opinions that do not appear to be based on any underlying facts are excluded.

   The Court will give both sides an opportunity to amend their experts' reports in accordance with this order, and any such amendments shall be exchanged and filed with the Court by close of business on Monday, August 14.

   **AND IT IS SO ORDERED.**


PATRICK MICHAEL DUFFY
United States District Judge

**August 3, 2017**
**Charleston, South Carolina**

---

1.  Any further rulings concerning the parties' motions in limine and any other pre-trial matters that could delay the prompt beginning of trial on Monday, August 21, will occur at a 2:00 PM hearing on Friday, August 18. Should this hearing be unnecessary, the parties shall notify the Court accordingly.