IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| Rene Cardoso, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **STIPULATION OF DISMISSAL** |
| vs. | ) | |
| | ) | C.A. No.: 2:16-cv-1058-PMD |
| Mitchell Mechanical, LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the plaintiff, Rene Cardoso, and the defendant, Mitchell Mechanical, LLC, by and through their undersigned attorneys, hereby stipulate and agree to dismiss the above-captioned action and any and all related claims or any other claims with prejudice and they are hereby dismissed with prejudice and are hereby res judicata.

October 5, 2017

s/William E.Applegate IV
William E. Applegate IV
David B. Lail
Yarborough Applegate LLC
291 East Bay Street, Floor 2
Charleston, South Carolina 29401
(843) 972-0150
william@yarboroughapplegate.com
dlail@yarboroughapplegate.com

Attorneys for Plaintiff, Rene Cardoso

| | |
|---|---|
| <u>October 5, 2017</u> | <u>s/Phillip E. Reeves</u> |
| | Phillip E. Reeves (Fed ID # 3232) |
| | T. David Rheney (Fed ID #5030) |
| | Nicholas A. Farr (Fed ID # 11069) |
| | Gallivan, White & Boyd, P.A. |
| | Post Office Box 10589 |
| | Greenville, South Carolina 29603 |
| | (864) 271-9580 |
| | preeves@gwblawfirm.com |
| | drheney@gwblawfirm.com |
| | nfarr@gwblawfirm.com |
| | |
| | Attorneys for Defendant, Mitchell Mechanical, LLC |